UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAD JOSEPH BELL, HERMOINE KING, GABRIELLA BELL, and JILL JONES, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br><br>GEORGE THOMAS DAVE and GT'S LIVING FOODS,<br><br>                Defendants. | Case No.: 2:21-cv-11816-JKS-AME<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff LAD JOSEPH BELL and Defendants, GEORGE THOMAS DAVE and GT'S LIVING FOODS, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to the claims of Plaintiff LAD JOSEPH BELL, and without prejudice to the claims of other Plaintiffs and/or absent putative class members.

/s/ Jeffrey Kohn
Jeffrey Kohn, Esq.
O'MELVENY & MYERS, LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
*Attorneys for Defendants*

Dated: 9/10/2024

/s/ Paul A. DiGiorgio
Paul A. DiGiorgio, Esq.
KEEFE LAW FIRM, LLC
2 Bridge Ave, Bldg. 6, 2nd Fl.
Red Bank, NJ 07701
*Attorneys for Plaintiffs*

Dated: 9/10/2024

SO ORDERED this 26th day of March, 2025

Jamel K. Semper, U.S.D.J.