## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAD JOSEPH BELL, HERMOINE KING, GABRIELLA BELL, and JILL JONES, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>GEORGE THOMAS DAVE and GT'S LIVING FOODS,<br><br>      Defendants. | Case No.: 2:21-cv-11816-JKS-AME<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff JILL JONES and Defendants, GEORGE THOMAS DAVE and GT'S LIVING FOODS, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to the claims of Plaintiff JILL JONES, and without prejudice to the claims of other Plaintiffs and/or absent putative class members.

| | |
|---|---|
| */s/ Jeffrey Kohn* | */s/ Paul A. DiGiorgio* |
| Jeffrey Kohn, Esq.<br>O'MELVENY & MYERS, LLP<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>*Attorneys for Defendants* | Paul A. DiGiorgio, Esq.<br>KEEFE LAW FIRM, LLC<br>2 Bridge Ave, Bldg. 6, 2nd Fl.<br>Red Bank, NJ 07701<br>*Attorneys for Plaintiffs* |
| Dated: 9/10/2024 | Dated: 9/10/2024 |

**SO ORDERED this 26th day of March, 2025**

Jamel K. Semper, U.S.D.J.